IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CRIMINAL NO. 12-00057-CG |
| ) | |
| GIUSEPPE BOTTLIGIERI ) | |
| SHIPPING COMPANY S.P.A. ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the United States' Motion for Award pursuant to 33 U.S.C. § 1908(a) (Doc. 188). Defendant's Response in Opposition (Doc. 194), and the United States' Reply (Doc. 197).  Upon due consideration of all matters presented, the United States' motion is **GRANTED**.  From the $500,000.00 fine paid by Defendant Giuseppe Bottiglieri Shipping Company, S.P.A., with respect to Count Four of the Indictment charging a violation of the Act to Prevent Pollution from Ships, the clerk of court shall pay a total of $500,000.00 to the following former crew members of the *M/V Bottiglieri Challenger*:

$110,000.00 to Geoffrey Bageal;

$110,000.00 to Papy Bucol;

$110,000.00 to Stephen Mondigo;

$110,000.00 to Donald Tidang; and

$60,000.00 to Rey Arabejo.

2

**DONE and ORDERED** this 25th day of October, 2012.

>    /s/  Callie V. S. Granade
>    UNITED STATES DISTRICT JUDGE